Brian M. Muchinsky (WSBA No. 31860)
Tyler J. Roth (WSBA No. 54058)
Illuminate Law Group
10500 NE 8th St. Ste. 930
Bellevue, WA 98004
Telephone: 425-289-5555
Email: bmuchinsky@illuminatelg.com
Attorneys for Plaintiff Ines Frivaldo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INES FRIVALDO, an individual<br><br>                Plaintiff,<br>    vs.<br><br>JP MORGAN CHASE BANK, N.A., a foreign corporation and national bank,<br><br>                Defendant. | NO. 23-cv-00626-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT JP MORGAN CHASE BANK, N.A. |

**STIPULATED DISMISSAL**

Plaintiff, Ines Frivaldo, being represented by her counsel, Attorneys Brian Muchinsky and Tyler Roth, and Defendant, JPMorgan Chase Bank, N.A., being represented by its attorneys, Katie Bass and John S. Devlin III, hereby jointly move to dismiss JPMorgan Chase Bank, N.A., from this action with prejudice and without an award of costs or fees to either party.

MOTION TO DISMISS– 1
23-cv-00626-JHC

**ILLUMINATE LAW GROUP**
10500 NE 8th Street, Suite 930
Bellevue, WA  98004
Tel (425) 289-5555
Fax (888) 371-4133

Presented by:

ILLUMINATE LAW GROUP

 /s/ Brian M. Muchinsky                                  Dated: June 21, 2023
Brian M. Muchinsky, WSBA #31860
Tyler J. Roth, WSBA #54058
10500 NE 8th St. St. 930
Bellevue, WA 98004
Attorneys for Plaintiff

Stipulated by:

LANE POWELL PC

s/ Katie Bass                                                      Dated June 21, 2023
Katie Bass, WSBA No. 51369
John S. Devlin III, WSBA No. 23988
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
devlinj@lanepowell.com
bassk@lanepowell.com
Attorneys for Defendant JPMorgan Chase Bank, N.A.

## ORDER

THIS COURT having reviewed the parties' motion and finding good cause shown, HEREBY ORDERS that all claims in this action against JPMorgan Chase Bank, N.A., are hereby dismissed with prejudice and without an award of fees or costs to any party. The Clerk is hereby directed to dismiss this action in its entirety.

DATED this 21st day of June, 2023.

_____
The Honorable John H. Chun
United States District Judge

MOTION TO DISMISS– 2
23-cv-00626-JHC

**ILLUMINATE LAW GROUP**
10500 NE 8th Street, Suite 930
Bellevue, WA  98004
Tel (425) 289-5555
Fax (888) 371-4133